**Juan C. Velasco, Esq.**
**1870 Route 27 – Suite 202**
**Edison NJ  08817**
**732-985-5520; juan@velascolaw.com**
**Attorney for Debtor**

---

**IN RE:**

**John A. Paone and**
**Bonnie A. Paone**

**Debtor(s)**

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No. 18-30692-CMG

CHAPTER:           13
JUDGE:     Christine M. Gravelle

**CERTIFICATION IN SUPPORT OF**
**NOTICE OF MOTION FOR APPROVAL OF**
**LOAN MODIFICATION**

We, **John A. Paone and Bonnie A. Paone**, being of full age certify that:

1. We are the above referenced debtors.

2. We are currently paying a mortgage which was recorded on April 3, 2007, Book 12272, Page 0612 on the real property, located at the debtors' residence 157 RUTLEDGE CT N, MATAWAN, NJ 07747.

3. We have worked out a modification of the mortgage loan with Select Portfolio Servicing, Inc. acting on behalf of the lien holder, see attached.

4. The subject mortgage is outside the Debtors' Chapter 13 Plan and as such will not affect the Debtors' Chapter 13 Plan.

5. Through this motion, we request that the Court Approve the Loan Modification.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, that I am subject to punishment.

Dated:  October 30, 2019.

/s/ John A. Paone                       .
**John A. Paone**, **Debtor**

/s/ Bonnie A. Paone                     .
**Bonnie A. Paone, Debtor**