**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Juan C. Velasco, Esq.
1870 Route 27 – Suite 202
Edison NJ  08817
732-985-5520; juan@velascolaw.com
Attorney for Debtor

Case No. 18-30692-CMG

HEARING DATE:
CHAPTER:            13
JUDGE:         Christine M. Gravelle

Order Filed on November 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    John A. Paone  and
    Bonnie A. Paone

### ORDER APPROVING LOAN MODIFICATON

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: November 7, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor(s): **John A. Paone and Bonnie A. Paone**

**Case No. 18-30692-CMG**

Caption of Order:    **ORDER APPROVING LOAN MODIFICATON**

THIS MATTER having come before the Court on Attorney for Debtors' Motion to APPROVE LOAN MODIFICATON, and the Court having been satisfied that proper service and notice was effectuated on Chapter 13 Trustee and the Court having considered the Debtors' Attorney Certification and supporting papers, and good and sufficient cause appearing there from for the entry of this Order: it is

ORDERED as follows:

1. Debtor is granted approval to enter into a permanent loan modification.

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within ninety (90) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within ninety (90) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

5. Ordered that debtor's counsel may file a separate fee application for representation in connection with this motion.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-30692-CMG
John Paone                                                              Chapter 13
Bonnie A Paone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Nov 08, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2019.
db/jdb          John Paone,    Bonnie A Paone,    157 Rutledge Ct N,    Matawan, NJ    07747-9723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Craig Scott Keiser    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, et al. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Juan C Velasco    on behalf of Debtor John  Paone bankruptcy@velascolaw.com,
               G19644@notify.cincompass.com
              Juan C Velasco    on behalf of Joint Debtor Bonnie A Paone bankruptcy@velascolaw.com,
               G19644@notify.cincompass.com
              Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank
               of New York, et al. rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10