UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

816473
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1

In Re:

JOHN PAONE
BONNIE A. PAONE

Case No: 18-30692 - CMG

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that <u>Andrew Spivack</u>, Esquire will be substituted for as attorney of record for secured creditor THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 in this case.[1]

Date:  12/27/2019

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Withdrawing Attorney

Date:  12/27/2019

/s/ Andrew L. Spivack
Andrew L. Spivack, Esq.
Superseding Attorney
Phelan Hallinan & Diamond, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 1566
Fax: 856-813-5501
Email: andrew.spivack@phelanhallinan.com

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>816473<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 | |
| In Re:<br><br>JOHN PAONE<br>BONNIE A. PAONE | Case No: 18-30692 - CMG<br><br>Hearing Date: _____<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kevin Luber:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On December 27, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:  December 27, 2019            /s/ *Kevin Luber*
                                          Kevin Luber

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| JOHN PAONE<br>157 RUTLEDGE COURT NORTH,<br>MATAWAN, NJ 07747-9723 | DEBTOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| BONNIE A. PAONE<br>157 RUTLEDGE COURT NORTH,<br>MATAWAN, NJ 07747-9723 | DEBTOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| JUAN VELASCO, ESQUIRE<br>1870 ROUTE 27<br>SUITE 202<br>EDISON, NJ 08817 | DEBTOR'S ATTORNEY | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| ALBERT RUSSO, TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650-4853 | TRUSTEE | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2

JUAN VELASCO, ESQUIRE, Esquire
1870 ROUTE 27
SUITE 202
EDISON, NJ 08817

3

JOHN PAONE A/K/A JOHN A. PAONE
157 RUTLEDGE COURT NORTH
MATAWAN, NJ 07747

4

BONNIE A. PAONE
157 RUTLEDGE COURT NORTH
MATAWAN, NJ 07747

5

ALBERT RUSSO, Trustee
CN 4853, SUITE 101
TRENTON, NJ 08650

6