UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

John Paone and Bonnie A Paone

Case No.: _____18-30692_____

Chapter: _____13_____

Judge: _____CMG_____

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: __John Paone and Bonnie A Paone__

This will confirm that on _____December 28, 2019_____ the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) __I & J__,
- ☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

- ☐ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]
- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: __December 30, 2019__                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 18-30692-CMG
John Paone                                                      Chapter 13
Bonnie A Paone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Dec 30, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.
db/jdb         John Paone,    Bonnie A Paone,    157 Rutledge Ct N,    Matawan, NJ    07747-9723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 nj.bkecf@fedphe.com
              Craig Scott Keiser     on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, et al. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Juan C Velasco     on behalf of Debtor John  Paone bankruptcy@velascolaw.com,
               G19644@notify.cincompass.com
              Juan C Velasco     on behalf of Joint Debtor Bonnie A Paone bankruptcy@velascolaw.com,
               G19644@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon, successor to The Bank
               of New York, et al. rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10