| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-30692 / CMG**

John Paone
Bonnie A Paone

Petition Filed Date: 10/17/2018
341 Hearing Date: 11/29/2018
Confirmation Date: 01/02/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $2,591.00 | 75284 | 02/07/2019 | $2,591.00 | 76924 | 03/08/2019 | $2,591.00 | 78489 |
| 04/09/2019 | $2,591.00 | 80477 | 05/09/2019 | $2,591.00 | 82706 | 06/11/2019 | $2,591.00 | 84468 |
| 07/09/2019 | $2,591.00 | 86430 | 08/09/2019 | $2,591.00 | 88372 | 09/10/2019 | $2,591.00 | 90161 |
| 10/09/2019 | $2,591.00 | 92156 | 11/12/2019 | $2,591.00 | 94412 | 12/11/2019 | $2,591.00 | 96662 |

**Total Receipts for the Period: $31,092.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $41,457.08**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John Paone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JUAN C VELASCO, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,030.00 | $2,030.00 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC<br>»»  2018 FORD EXPLORER/LEASE ASSUMED (PLAN) | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | FORD MOTOR CREDIT COMPANY LLC<br>»»  2017 FORD EXPLORER/LEASE ASSUMED (PLAN) | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | ONEMAIN CONSUMER LOAN, INC. | Unsecured Creditors | $11,770.32 | $3,385.13 | $8,385.19 |
| 4 | ABSOLUTE RESOLUTIONS INVESTMENTS, LLC.<br>»»  WEBBANK/AVANT | Unsecured Creditors | $10,193.51 | $2,931.64 | $7,261.87 |
| 5 | LVNV FUNDING LLC<br>»»  PROSPER/WEBBANK | Unsecured Creditors | $24,124.01 | $6,938.06 | $17,185.95 |
| 6 | LVNV FUNDING LLC<br>»»  PROSPER/WEBBANK | Unsecured Creditors | $14,511.86 | $4,173.61 | $10,338.25 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $6,774.81 | $1,948.42 | $4,826.39 |
| 8 | BANK OF NEW YORK MELLON<br>»»  P/157 RUTLEDGE CT N/1ST MTG | Mortgage Arrears | $268.50 | $268.50 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»»  CITI/PROSPER/WEBBANK | Unsecured Creditors | $7,995.58 | $2,299.53 | $5,696.05 |
| 10 | LVNV FUNDING LLC<br>»»  CVI/CROSS RIVER BANK | Unsecured Creditors | $10,735.51 | $3,087.54 | $7,647.97 |
| 11 | LVNV FUNDING LLC<br>»»  LENDINGCLUB/WEBBANK | Unsecured Creditors | $823.59 | $236.87 | $586.72 |

**Chapter 13 Case No. 18-30692 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 12 | LVNV FUNDING LLC<br>»» LENDINGCLUB/WEBBANK | Unsecured Creditors | $7,401.06 | $2,128.55 | $5,272.51 |
| 13 | BETHPAGE FEDERAL CREDIT UNION | Unsecured Creditors<br>No Disbursements: Paid in Full | $171.18 | $171.18 | $0.00 |
| 14 | Department Stores National Bank<br>»» MACY'S | Unsecured Creditors | $8,847.50 | $2,544.53 | $6,302.97 |
| 15 | Department Stores National Bank<br>»» MACY'S | Unsecured Creditors | $6,788.66 | $1,952.43 | $4,836.23 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,457.08 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $34,095.99 | Current Monthly Payment: | $2,591.00 |
| Paid to Trustee: | $2,552.19 | Arrearages: | ($1.08) |
| Funds on Hand: | $4,808.90 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**