| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-30692 / CMG**

John Paone
Bonnie A Paone

Petition Filed Date: 10/17/2018
341 Hearing Date: 11/29/2018
Confirmation Date: 01/02/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2020 | $2,591.00 | 98685 | 02/10/2020 | $2,591.00 | 100574 | 03/10/2020 | $2,591.00 | 102363 |
| 04/13/2020 | $2,591.00 | 103964 | 05/06/2020 | $2,591.00 | 105071 | 06/09/2020 | $2,591.00 | 106856 |
| 07/08/2020 | $2,591.00 | 108706 | 08/11/2020 | $2,591.00 | 111020 | 09/09/2020 | $2,591.00 | 113448 |
| 10/13/2020 | $2,591.00 | 115825 | 11/16/2020 | $2,591.00 | 118098 | 12/11/2020 | $2,591.00 | 120384 |
| 01/13/2021 | $2,591.00 | 122525 | 02/12/2021 | $2,591.00 | 124416 | | | |

**Total Receipts for the Period: $36,274.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $72,549.08**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John Paone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JUAN C VELASCO, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,030.00 | $2,030.00 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2018 FORD EXPLORER/LEASE ASSUMED (PLAN) | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | FORD MOTOR CREDIT COMPANY LLC<br>»» 2017 FORD EXPLORER/LEASE ASSUMED (PLAN) | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | ONEMAIN CONSUMER LOAN, INC. | Unsecured Creditors | $11,770.32 | $6,436.04 | $5,334.28 |
| 4 | ABSOLUTE RESOLUTIONS INVESTMENTS, LLC.<br>»» WEBBANK/AVANT | Unsecured Creditors | $10,193.51 | $5,573.83 | $4,619.68 |
| 5 | LVNV FUNDING LLC<br>»» PROSPER/WEBBANK | Unsecured Creditors | $24,124.01 | $13,191.08 | $10,932.93 |
| 6 | LVNV FUNDING LLC<br>»» PROSPER/WEBBANK | Unsecured Creditors | $14,511.86 | $7,935.13 | $6,576.73 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $6,774.81 | $3,704.47 | $3,070.34 |
| 8 | BANK OF NEW YORK MELLON<br>»» P/157 RUTLEDGE CT N/1ST MTG | Mortgage Arrears | $268.50 | $268.50 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» CITI/PROSPER/WEBBANK | Unsecured Creditors | $7,995.58 | $4,372.02 | $3,623.56 |
| 10 | LVNV FUNDING LLC<br>»» CVI/CROSS RIVER BANK | Unsecured Creditors | $10,735.51 | $5,870.21 | $4,865.30 |
| 11 | LVNV FUNDING LLC<br>»» LENDINGCLUB/WEBBANK | Unsecured Creditors | $823.59 | $450.33 | $373.26 |

**Chapter 13 Case No. 18-30692 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 12 | LVNV FUNDING LLC<br>»»  LENDINGCLUB/WEBBANK | Unsecured Creditors | $7,401.06 | $4,046.91 | $3,354.15 |
| 13 | BETHPAGE FEDERAL CREDIT UNION | Unsecured Creditors<br>No Disbursements: Paid in Full | $171.18 | $171.18 | $0.00 |
| 14 | Department Stores National Bank<br>»»  MACY'S | Unsecured Creditors | $8,847.50 | $4,837.85 | $4,009.65 |
| 15 | Department Stores National Bank<br>»»  MACY'S | Unsecured Creditors | $6,788.66 | $3,712.08 | $3,076.58 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $72,549.08 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $62,599.63 | Current Monthly Payment: | $2,591.00 |
| Paid to Trustee: | $5,083.55 | Arrearages: | ($1.08) |
| Funds on Hand: | $4,865.90 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**