| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 18-30692 / CMG

John Paone
Bonnie A Paone

Petition Filed Date: 10/17/2018
341 Hearing Date: 11/29/2018
Confirmation Date: 01/02/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2021 | $2,591.00 | 122525 | 02/12/2021 | $2,591.00 | 124416 | 03/09/2021 | $2,591.00 | 126568 |
| 04/09/2021 | $2,591.00 | 129136 | 05/11/2021 | $2,591.00 | 131511 | 06/09/2021 | $2,591.00 | 133998 |
| 07/13/2021 | $2,591.00 | 136341 | 08/13/2021 | $2,591.00 | 138744 | 09/14/2021 | $2,591.00 | 141220 |
| 10/18/2021 | $2,591.00 | 143250 | 11/12/2021 | $2,591.00 | 145606 | 12/14/2021 | $2,591.00 | 147726 |
| 01/19/2022 | $2,591.00 | 150003 | | | | | | |

**Total Receipts for the Period:** $33,683.00   **Amount Refunded to Debtor Since Filing:** $0.00   **Total Receipts Since Filing:** $101,050.08

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John Paone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JUAN C VELASCO, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,030.00 | $2,030.00 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2018 FORD EXPLORER/LEASE ASSUMED (PLAN) | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | FORD MOTOR CREDIT COMPANY LLC<br>»» 2017 FORD EXPLORER/LEASE ASSUMED (PLAN) | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | ONEMAIN CONSUMER LOAN, INC. | Unsecured Creditors | $11,770.32 | $9,520.22 | $2,250.10 |
| 4 | ABSOLUTE RESOLUTIONS INVESTMENTS, LLC.<br>»» WEBBANK/AVANT | Unsecured Creditors | $10,193.51 | $8,244.85 | $1,948.66 |
| 5 | LVNV FUNDING LLC<br>»» PROSPER/WEBBANK | Unsecured Creditors | $24,124.01 | $19,512.29 | $4,611.72 |
| 6 | LVNV FUNDING LLC<br>»» PROSPER/WEBBANK | Unsecured Creditors | $14,511.86 | $11,737.69 | $2,774.17 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $6,774.81 | $5,479.69 | $1,295.12 |
| 8 | BANK OF NEW YORK MELLON<br>»» P/157 RUTLEDGE CT N/1ST MTG | Mortgage Arrears | $268.50 | $268.50 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» CITI/PROSPER/WEBBANK | Unsecured Creditors | $7,995.58 | $6,467.10 | $1,528.48 |
| 10 | LVNV FUNDING LLC<br>»» CVI/CROSS RIVER BANK | Unsecured Creditors | $10,735.51 | $8,683.25 | $2,052.26 |
| 11 | LVNV FUNDING LLC<br>»» LENDINGCLUB/WEBBANK | Unsecured Creditors | $823.59 | $666.15 | $157.44 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | LVNV FUNDING LLC<br>»»  LENDINGCLUB/WEBBANK | Unsecured Creditors | $7,401.06 | $5,986.22 | $1,414.84 |
| 13 | BETHPAGE FEDERAL CREDIT UNION | Unsecured Creditors<br>No Disbursements: Paid in Full | $171.18 | $171.18 | $0.00 |
| 14 | Department Stores National Bank<br>»»  MACY'S | Unsecured Creditors | $8,847.50 | $7,156.16 | $1,691.34 |
| 15 | Department Stores National Bank<br>»»  MACY'S | Unsecured Creditors | $6,788.66 | $5,490.91 | $1,297.75 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $101,050.08 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $91,414.21 | Current Monthly Payment: | $2,591.00 |
| Paid to Trustee: | $7,262.51 | Arrearages: | $2,589.92 |
| Funds on Hand: | $2,373.36 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!** Register today at www.ndc.org or scan this code to get started.

