| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | John Paone<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5152<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Bonnie A Paone<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6781<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–30692–CMG | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Paone                                  Bonnie A Paone

12/6/22                                  **By the court:** Christine M. Gravelle
                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
John Paone  
Bonnie A Paone  
    Debtors

Case No. 18-30692-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: 3180W | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | John Paone, Bonnie A Paone, 157 Rutledge Ct N, Matawan, NJ 07747-9723 |
| cr | + | THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MO, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517931660 | + | Bethpage Federal Credit Union, c/o Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556-0926 |
| 517819516 | | Prosper Marketplace In, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 517819519 | + | Resurent Capital Services, Suite 1110, 55 Beattie Pl MSC 576, Greenville, SC 29601-2170 |
| 517819520 | | Selip & Stylianou, LLP, 199 Crossways Park Dr, Woodbury, NY 11797-2016 |
| 517819527 | | Systems & Services Technologies/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517896352 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 06 2022 20:48:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 517819493 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2022 20:47:50 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517916868 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2022 20:47:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517819495 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2022 20:47:23 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 517819494 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2022 20:47:25 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 517819496 | | EDI: CITICORP.COM | Dec 07 2022 01:43:00 | Amex Dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 517819497 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2022 20:47:50 | Amex/Bankruptcy, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 517819498 | | Email/Text: bk@avant.com | Dec 06 2022 20:49:00 | Avant, Attn: Bankruptcy, PO Box 9183380, Chicago, IL 60691-3380 |
| 517819499 | | Email/Text: bk@avant.com | Dec 06 2022 20:49:00 | Avant LLC, 222 N La Salle St Ste 170, Chicago, IL 60601-1003 |
| 517819500 | ^ | MEBN | Dec 06 2022 20:39:36 | Best Egg/Sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |

Case 18-30692-CMG    Doc 48    Filed 12/08/22    Entered 12/09/22 00:14:42    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: 3180W | Total Noticed: 54 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517819501 | + | Email/Text: bankruptcynotices@bethpagefcu.com | Dec 06 2022 20:48:00 | Bethpage FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1031 |
| 517819502 | + | Email/Text: bankruptcynotices@bethpagefcu.com | Dec 06 2022 20:48:00 | Bethpage Fed Cr Union, 899 S Oyster Bay Rd, Bethpage, NY 11714-1031 |
| 517819503 | | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 06 2022 20:49:00 | Caliber Home Loans, Attn: Cash Operations, PO Box 24330, Oklahoma City, OK 73124-0330 |
| 517819504 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 06 2022 20:49:00 | Caliber Home Loans I, 715 Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 517938285 | | EDI: Q3G.COM | Dec 07 2022 01:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517827524 | | Email/Text: EBNBKNOT@ford.com | Dec 06 2022 20:49:00 | Ford Motor Credit Co, POB 62180, Colorado Springs, CO 80962-4400 |
| 517822434 | | Email/Text: EBNBKNOT@ford.com | Dec 06 2022 20:49:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 517819505 | | EDI: BLUESTEM | Dec 07 2022 01:43:00 | Fingerhut, Attn: Bankruptcy, PO Box 1250, Saint Cloud, MN 56395-1250 |
| 517910756 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2022 20:47:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517819506 | | Email/Text: bk@lendingclub.com | Dec 06 2022 20:49:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 517819507 | | Email/Text: bk@lendingclub.com | Dec 06 2022 20:49:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St Ste 1000, San Francisco, CA 94105-2967 |
| 517819508 | | Email/Text: bk@lendingclub.com | Dec 06 2022 20:49:00 | Lendingclub Corporat, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 517819509 | | Email/Text: bk@lendingclub.com | Dec 06 2022 20:49:00 | Lendingclub Corporat, 71 Stevenson St, San Francisco, CA 94105-2934 |
| 517819510 | | Email/Text: EBNBKNOT@ford.com | Dec 06 2022 20:49:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, PO Box 542000, Omaha, NE 68154-8000 |
| 517819511 | | Email/Text: bnc@nordstrom.com | Dec 06 2022 20:48:10 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 517819512 | | Email/Text: bnc@nordstrom.com | Dec 06 2022 20:48:10 | Nordstrom/Td Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 517879854 | + | EDI: AGFINANCE.COM | Dec 07 2022 01:43:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517819513 | | EDI: AGFINANCE.COM | Dec 07 2022 01:43:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 517819514 | | EDI: AGFINANCE.COM | Dec 07 2022 01:43:00 | Onemain Financial, ATTN: Bankruptcy Department, 601 NW 2nd St # 300, Evansville, IN 47708-1013 |
| 517819515 | ^ | MEBN | Dec 06 2022 20:39:35 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 517819517 | ^ | MEBN | Dec 06 2022 20:39:35 | Prosper Marketplace In, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 517819518 | ^ | MEBN | Dec 06 2022 20:39:33 | Prosper Marketplace Inc, PO Box 396081, San Francisco, CA 94139-6081 |
| 517819521 | | EDI: RMSC.COM | Dec 07 2022 01:43:00 | Syncb/Bp DC, PO Box 965024, Orlando, FL 32896-5024 |
| 517819522 | | EDI: RMSC.COM | Dec 07 2022 01:43:00 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |

Case 18-30692-CMG    Doc 48    Filed 12/08/22    Entered 12/09/22 00:14:42    Desc Imaged
                             Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: 3180W | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 517819523 | | EDI: RMSC.COM | Dec 07 2022 01:43:00 | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 517819524 | | EDI: RMSC.COM | Dec 07 2022 01:43:00 | Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517821369 | + | EDI: RMSC.COM | Dec 07 2022 01:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517819525 | | EDI: RMSC.COM | Dec 07 2022 01:43:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517819526 | | EDI: RMSC.COM | Dec 07 2022 01:43:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 518197014 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 06 2022 20:49:00 | The Bank of New York Mellon,, successor to The Bank of New York, et al, c/o Select Portfolio Servicing Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 518197015 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 06 2022 20:49:00 | The Bank of New York Mellon,, successor to The Bank of New York, et al, c/o Select Portfolio Servicing Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450, The Bank of New York Mellon, |
| 517919921 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 06 2022 20:49:00 | The Bank of New York Mellon, as Trustee for CIT Mo, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 517819528 | | EDI: USAA.COM | Dec 07 2022 01:43:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 517819529 | | EDI: USAA.COM | Dec 07 2022 01:43:00 | Usaa Savings Bank, PO Box 47504, San Antonio, TX 78265 |
| 517819530 | | EDI: BLUESTEM | Dec 07 2022 01:43:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:

**Name**                **Email Address**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 06, 2022 | Form ID: 3180W | Total Noticed: 54 |

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Craig Scott Keiser
    on behalf of Creditor THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 craig.keiser@law.njoag.gov

Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, et al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Juan C Velasco
    on behalf of Joint Debtor Bonnie A Paone bankruptcy@velascolaw.com G19644@notify.cincompass.com

Juan C Velasco
    on behalf of Debtor John Paone bankruptcy@velascolaw.com G19644@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7